IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RANDY WAYNE BROCK                                                               PLAINTIFF

           v.                            Civil No. 06- 5039

JOANNA TAYLOR, District Judge,
Madison County, Arkansas; BILLY
J. ALLRED, Deputy Prosecuting Attorney
Fourth Judicial District; LARRY BATES,
Mayor, City of Huntsville, Arkansas;
STEVE CORKERN, Police Chief, City
of Huntsville; Marjie Dan, Warrants Office,
Huntsville Police Department; T.J. THOMAS,
Police Officer, Huntsville Police Department;
TODD THOMAS, Police Officer, Huntsville
Police Department; REBECCA MOUNCE,
Dispatcher, Madison County Sheriff's Office;
SHANNON SMITH, Officer, Madison County
Sheriff's Department; THE UNITED STATES
OF AMERICA AND ALL AGENCIES THEREOF                  DEFENDANTS

## **ORDER**

Randy Wayne Brock submitted for filing his amended complaint. He incorporates by reference into the amended complaint the following documents:

(1) documents having to do with a claim Brock made on a bond relating to Joanna Taylor, copies of her commission as a district judge, and receipts showing the documents were mailed to the Arkansas Insurance Commission;

(2) documents having to do with a claim Brock made on a bond relating to Billy J. Allred, copies of his appointment as a deputy prosecuting attorney, receipts showing the documents were mailed to the Arkansas Insurance Commission, and letters from the Arkansas Insurance Department;

AO72A
(Rev. 8/82)

(3) documents having to do with a claim Brock made on a bond relating to Larry Bates and copies of his appointment as a mayor;

(4) documents having to do with a claim Brock made on a bond relating to Steve Corkern;

(5) documents having to do with a claim Brock made on a bond relating to Marjie Dan;

(6) documents having to do with a claim Brock made on a bond relating to T.J. Thomas;

(7) documents having to do with a claim Brock made on a bond relating to Todd Thomas;

(8) documents having to do with a claim Brock made on a bond relating to Rebecca Mounce and attached documents having to do with Phillip Morgan's commission as Sheriff for Madison County; and

(9) documents having to do with a claim Brock made on a bond relating to Shannon Smith and attached documents having to do with Phillip Morgan's commission as Sheriff for Madison County.

**The clerk is directed to file** these documents as Brock's amended complaint. However, Brock also tendered to the clerk what appear to be all other documents and items that were returned to him pursuant to an order of the court entered on March 3, 2006 (Doc. 3). The remaining documents and items are not part of the amended complaint and will not be accepted by the court.

**The clerk of court is directed to return to Brock without filing the following documents and/or items:**

(1) a document entitled "section 1" consisting of ten pages;

(2) a document entitled "section 2" consisting of six pages;

(3) a document entitled "section 3" consisting of six pages;

(4) an envelop and contents bearing the return address of the Huntsville Police Department and postmarked November 22, 2005;

AO72A
(Rev. 8/82)

(5) a copy of an Arkansas Uniform Law Enforcement Citation;

(6) a receipt from Phyllis Villines to Randy Brock for $2.00;

(7) a document bearing a file mark date of December 16, 2005, with the Huntsville District Court and containing on the first page the words antifreeze and ink pad in the left hand corner;

(8) a receipt from Phyllis Villines to Randy Brock for $10.00;

(9) a certificate of coverage showing that Madison County has a blanket fidelity bond;

(10) an envelop and enclosed letter dated November 27, 2002, from the Office of the Lieutenant Governor;

(11) a one page list entitled state constitutional officers;

(12) a typewritten page bearing Mr. Brock's driver's license number and other information and an attached page in which Mr. Brock indicates he wishes to surrender his driving privileges;

(13) a birth certificate for Randy Wayne Brock;

(14) a birth certificate for Mary Ann Knesek;

(15) a birth certificate for Jesse Wayne Brock;

(16) a social security card for Randy W. Brock;

(17) two copies of a social security card for Jesse W. Brock;

(18) the stub for a social security card for Kevin L. Brock on which a handwritten social security number appears;

(19) a social security card for Kevin L. Brock;

(20) a social security card for Mary A. Brock;

(21) an American Express credit card bearing an account number and the name Randy W. Brock;

(22) a Shell credit card bearing an account number and the name Randy W. Brock;

AO72A
(Rev. 8/82)

(23) a birth certificate for Kevin L. Brock;

(24) an Arkansas certificate of title for a 1974 Dodge;

(25) an Arkansas certificate of title for a 1984 Dodge;

(26) an Arkansas certificate of title for a 1987 Dodge;

(27) an Arkansas certificate of title for a 1973 Plymouth;

(28) a warranty deed issued to Randy and Mary Brock for certain described land in Newton County and bearing a file mark date of March 29, 1999, in the Circuit Court of Newton County;

(29) a marriage certificate for Randy Brock and Mary Knesek; and

(30) a marriage license for Randy Brock and Mary Knesek.

IT IS SO ORDERED this 27th day of March 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)