```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**RANDY WAYNE BROCK**                                              **PLAINTIFF**

        **v.**               **Civil No. 06-5039**

**JOANNA TAYLOR, District Judge,**
**Madison County, Arkansas;**
**BILLY J. ALLRED, Deputy Prosecuting**
**Attorney, Fourth Judicial District;**
**LARRY BATES, Mayor, City of**
**Huntsville, Arkansas;**
**STEVE CORKERN, Policy Chief, City**
**of Huntsville; MARJIE DAN, Warrants**
**Office, Huntsville Police Department;**
**T.J. THOMAS, Police Officer, Huntsville**
**Police Department; TODD THOMAS, Police**
**Officer, Huntsville Police Department;**
**REBECCA MOUNCE, Dispatcher, Madison**
**County Sheriff's Office; SHANNON SMITH,**
**Officer, Madison County Sheriff's**
**Department; THE UNITED STATES OF**
**AMERICA AND ALL AGENCIES THEREOF**                               **DEFENDANTS**

## O R D E R

Now on this 16th day of May, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #6), and plaintiff's Objections thereto (document #7), and from said documents, the Court finds that the Report And Recommendation is sound in all respects, and the Objections thereto are totally without merit.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's Objections to the

Report And Recommendation are **overruled**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                    **/s/ Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**